No. 46. WISCONSIN ET AL. *v.* J. C. PENNEY Co.; and
No. 48. WISCONSIN ET AL. *v.* MINNESOTA MINING & MANUFACTURING Co. January 13, 1941. 311 U. S. 435, 452.

No. 468. LYNCH *v.* SUPERIOR COURT OF LOS ANGELES COUNTY. January 13, 1941. 311 U. S. 711.

No. 532. KORTEPETER *v.* UNITED STATES. January 13, 1941. 311 U. S. 711.

No. 533. DERBYSHIRE *v.* UNITED STATES. January 13, 1941. 311 U. S. 711.

No. 553. LENIHAN ET AL. *v.* TRI-STATE TELEPHONE & TELEGRAPH Co. ET AL. January 13, 1941. 311 U. S. 711.

No. 12. UNITED STATES *v.* APPALACHIAN ELECTRIC POWER Co. January 20, 1941. 311 U. S. 377.

No. 66. MILLIKEN ET AL. *v.* MEYER, ADMINISTRATRIX. January 20, 1941. 311 U. S. 457.

No. 538. FRIED *v.* UNITED STATES. January 20, 1941. 311 U. S. 716.

No. 9. SCHRIBER-SCHROTH Co. *v.* CLEVELAND TRUST Co. ET AL.;
No. 10. ABERDEEN MOTOR SUPPLY Co. *v.* CLEVELAND TRUST Co. ET AL.; and
No. 11. F. E. ROWE SALES Co. *v.* CLEVELAND TRUST Co. ET AL. See *ante,* p. 654.